MELISSA HOLYOAK, United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (CA #319442)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2026 JUN 17
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO VALLADAREZ-ZUNIGA,<br><br>Defendant. | INFORMATION<br><br>COUNT: 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:26−cr−00223<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 6/17/2026<br>Description: USA v Valladarez−Zuniga |

The United States Attorney charges:

**COUNT I**

On or about June 17, 2026, in the District of Utah,

PEDRO VALLADAREZ-ZUNIGA,

the defendant herein, an alien who on or about April 11, 2024, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States, all in violation of Title 8, United States Code, Section 1326.

DATED this 17th day of June 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________________
DANIELLE CARTER
Special Assistant United States Attorney